# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

In Re:  Deborah Pipe

        Debtor

No:  DG 10-14068
Chapter 13 Bankruptcy Proceeding
Filed November 30, 2010

_____/

## STIPULATION REGARDING
## OBJECTION TO AMENDED SECURED PROOF OF CLAIM
## FILED BY BAC HOME LOANS SERVICING, L.P.

NOW COME the Debtor, by and through her counsel, KELLER & ALMASSIAN, PLC, and Bank of America Home Loans Servicing LP (a/k/a/ BAC Home Loans Servicing LP ("BOA")). by and through its counsel, Dykema Gossett, PLLC, and stipulate to the entry of an Order Regarding Debtor's Objection to Amended Secured Proof of Claim Filed by BAC Home Loans Servicing, L.P. as follows:

IT IS THEREFORE ORDERED

The determination of the amount of BOA's claim, filed in this matter on January 28, 2011 as Proof of Claim No. 1-1 and resolution of Debtor's Objection to Amended Secured Proof of Claim Filed by BAC Home Loans Servicing, L.P. shall be combined in the related Adversary Proceeding, Case No. 11-80286, related to this Chapter 13 proceeding, and Debtor's Objection to Amended Secured Proof of Claim Filed by BAC Home Loans Servicing, L.P. is hereby joined with that Adversary Proceeding.

Case:10-14068-swd    Doc #:44    Filed: 07/28/11    Page 2 of 2

Agreed to:

| Keller & Almassian, PLC | Plunkett Cooney |
|---|---|
| By: _____/s/James R. Oppenhuizen_____ | By/s/ Melissa C. Brown with permission via email |
| James R. Oppenhuizen (P68715) | Melissa C. Brown (P70468) |
| Attorney for Debtor | Attorney for BAC Home Loans Servicing, L.P. |
| 2810 E. Beltline Lane, NE | 300 Ottawa Ave. – Suite 700 |
| Grand Rapids, MI 49525 | Grand Rapids, MI 49503 |
| (616) 364-2100 | (616) 776-7500 |
| joppenhuizen@kalawgr.com | mbrown@dykema.com |

**END OF ORDER**

**IT IS SO ORDERED.**      _____
Scott W. Dales
United States Bankruptcy Judge

**Dated: July 28, 2011**