**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

IN RE:

Pipe, Deborah A.
                Debtor/

Case No.: DG10-014068
Hon. Scott W. Dales
Adv. Case No. 11-80286-swd

Pipe, Deborah A.
                Plaintiff/

v.

Bank of America Home Loans Servicing LP, BAC Home Loan Servicing LP
                Defendant.
_____/

## SUMMARY SHEET AND APPLICATION FOR ATTORNEY FEES AND/OR RECOVERY OF COSTS ADVANCED

Application is hereby made by the undersigned for allowance of reasonable attorney fees of $10,385.00 to be paid from the monies paid in by, or on behalf of the Debtor under the provision of Debtor's Chapter 13 estate. The Applicant, Bolhouse Baar Lefere PC, has rendered legal services to the Debtor in an adversary proceeding against Bank of America, the Debtor's mortgage company, alleging various servicing issues, breach of contract, as well as alleging negligent and or tortious conduct. Services rendered for Debtor for which said compensation has been promised are as follows:

### See Attached Statement

Applicant has not shared or agreed to share such compensation (either paid or to be paid) with any other person than members or regular associates of the law firm with which the undersigned is associated.

This is the FIRST application for compensation and reimbursement of expenses. The total fees requested are $10,385.00; the total costs advanced requested are $466.39; total interest accumulated on unpaid bills is $1,138.19. Fees, expenses, and interest remain unpaid in the amount of **$11,989.58**. This application is the first application for payment of fees made by the undersigned to this Court.

Wherefore, Applicant prays for approval of attorney fees and costs advanced in the sum of **$11,989.58**, and that the same be paid through Debtor's Chapter 13 Trustee.

Dated: 5/15/2013

/s/ Mark D. Hofstee
Mark D. Hofstee (P66001)
Bolhouse Baar & Lefere PC
Prior Attorneys for Debtor in Adversary Proceeding
3996 Chicago Dr. SW
Grandville, MI 49418
Phone: (616) 531-7711

1

cc:    James Oppenheizen
       Chapter 13 Trustee
       Debtor
       Kurt A. O'Keefe
       Melissa C. Brown

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

Pipe, Deborah A.

Case No.: DG10-014068
Hon. Scott W. Dales

Debtor/

Adv. Case No. 11-80286-swd

Pipe, Deborah A.

Plaintiff/

v.

Bank of America Home Loans Servicing LP, BAC Home Loan Servicing LP

Defendant.

_____/

## SUMMARY SHEET

| | |
|---|---|
| Fees Requested: | $ 10,385.00 |
| Fees Previously Awarded: | $   0 |
| Expenses Requested: | $   466.39 |
| Expenses Previously Requested | $   0 |
| Interest on Unpaid Balance Requested: | $   975.42 |
| Interest Previously Requested | $   0 |
| Retainer Paid: | $   0 |

NAME OF APPLICANT:   Bolhouse Baar & Lefere PC
ROLE IN THIS CASE:   Previous Attorney for Debtor in Adversary Proceeding

CURRENT APPLICATION:
Fees Requested:        $10,385.00
Expenses Requested:    $   466.39
Interest Requested:    $  1,138.19

**TOTAL REQUESTED:**                                **$11,989.58**

Fee Application

|  | Hours Billed | Per Hour Rate | Total for Application |
|---|---|---|---|
| Attorney: | | | |
| Michelle McLean | 50.40 | $200.00 | $ 10,080.00 |
| Joel W. Baar | .50 | $200.00 | $    100.00 |
| David S. Lefere | .50 | $200.00 | $    100.00 |

1

Paraprofessionals:

| | | | |
|---|---|---|---|
| Rachel L. Kramer | .20 | $75.00 | $ 15.00 |
| Amy L. Vedder | 1.20 | $75.00 | $ 90.00 |

**TOTAL HOURS BILLED:**   52.8                                      $10,385.00

---

TOTAL EXPENSES:

| | |
|---|---|
| Copying Charges | $ 390.30 |
| Mileage Fees | $ 29.31 |
| Postage Expenses | $ 11.64 |
| Professional Courier Fees | $ 31.84 |
| Parking Fees | $ 3.30 |

**TOTAL EXPENSES ADVANCED**                              **$ 466.39**

---

**TOTAL INTEREST CHARGED PER CONTRACT**           $1,138.19

---

**TOTAL REIMBURSEMENT REQUESTED**                     **$11,989.58**

2